UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ORGANOGENESIS INC.,

        Plaintiff,

v.

COOK BIOTECH INCORPORATED,

        Defendant.

CIVIL ACTION No.

**04-11929 NG**

---

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Organogenesis Inc. is a privately held company. It has no parent corporation and no publicly held company owns 10% or more of its stock.

                ORGANOGENESIS INC.
                By its attorneys,

                *[signature]*
                Claire Laporte BBO # 554979
                Mitchell J. Matorin BBO # 649304
                Foley Hoag LLP
                155 Seaport Boulevard
                Boston, MA 02210
                (617) 832-1000

September 3, 2004