UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ORGANOGENESIS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COOK BIOTECH INC.<br><br>　　　　Defendant. | CIVIL ACTION NO. 04-11929-NG |

**DEFENDANT'S SECOND ASSENTED-TO MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Appearing by its counsel, Holland & Knight, LLP, defendant Cook Biotech Inc. ("CBI") requests that the time in which it may answer or otherwise respond to the Complaint in the above-captioned action be extended by thirty days from November 3, 2004 to and including December 3, 2004. As grounds therefor, CBI states that the parties are attempting to negotiate a resolution of this matter.

Counsel for the plaintiff has assented to this request.

Respectfully submitted.

                          COOK BIOTECH, INC,

                          By its attorneys,

                          <u>Seth B. Kosto /s/</u>
                          Geoffrey E. Hobart, BBO# 547499
                          Seth B. Kosto, BBO# 641044
                          HOLLAND & KNIGHT LLP
                          10 St. James Avenue
                          Boston, Massachusetts 02116
                          Tel:  (617) 523-2700
Dated:   October 19, 2004       Fax:  (617) 523-6850

                          Bradley G. Lane
                          Dominic P. Zanfardino
                          BRINKS HOFER GILSON & LIONE
                          455 N. Cityfront Plaza Drive
                          NBC Tower - Suite 3600
                          Chicago, IL 60611
                          Telephone.: 312-321-4200
                          Fax: 312-321-4299

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon the counsel for plaintiff, Mitchell J. Matorin, Esq., Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, Massachusetts  02110-2600 by U.S. mail on October 19, 2004.


<u>Seth B. Kosto /s/</u>
Seth B. Kosto


Dated: October 19, 2004

# 2326688_v1