UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ORGANOGENESIS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| COOK BIOTECH INC. | ) ) ) |
| Defendant. | ) ) ) |

CIVIL ACTION NO. 04-11929-NG

**DEFENDANT'S THIRD ASSENTED-TO MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Appearing by its counsel, Holland & Knight, LLP, defendant Cook Biotech Inc. ("CBI") requests that the time in which it may answer or otherwise respond to the Complaint in the above-captioned action be extended by thirty days from December 3, 2004 to and including January 4, 2005. As grounds therefor, CBI states that the parties are attempting to negotiate a resolution of this matter.

Counsel for the plaintiff has assented to this request.

Respectfully submitted.

        COOK BIOTECH, INC,

        By its attorneys,

        Seth B. Kosto /s/
        Geoffrey E. Hobart, BBO# 547499
        Seth B. Kosto, BBO# 641044
        HOLLAND & KNIGHT LLP
        10 St. James Avenue
        Boston, Massachusetts 02116
        Tel:  (617) 523-2700
Dated:   November 29, 2004    Fax:  (617) 523-6850

        Bradley G. Lane
        Dominic P. Zanfardino
        BRINKS HOFER GILSON & LIONE
        455 N. Cityfront Plaza Drive
        NBC Tower - Suite 3600
        Chicago, IL 60611
        Telephone.: 312-321-4200
        Fax: 312-321-4299

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the counsel for plaintiff, Mitchell J. Matorin, Esq., Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, Massachusetts  02110-2600 by U.S. mail on November 29, 2004.


Seth B. Kosto /s/
Seth B. Kosto


Dated: October 19, 2004

# 2427182_v1