AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

Organogenesis Inc.

**SUMMONS IN A CIVIL CASE**

V.

Cook Biotech Incorporated

CASE NUMBER: 04-11929 NG

TO: Officer or Managing Agent
Cook Biotech Incorporated
3055 Kent Avenue
West Lafayette, Indiana 47906

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Claire Laporte, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 9-3-04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 09-13-04 |
| NAME OF SERVER (PRINT)<br>Annmarie Silvasy | TITLE<br>Litigation Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I certify that on September 9, 2004 I caused a copy of the complaint and the summons to be mailed by certified mail and said defendant received the mailing on September 13, 2004 as indicated on the return receipt, attached hereto.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 30, 2004         _Annmarie F. Silvasy_
              Date                       Signature of Server

155 Seaport Blvd
Boston, MA 02210
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.