UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORGANOGENESIS, INC., ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> COOK BIOTECH INC. ) <br><br> Defendant. ) | CIVIL ACTION NO. 04-11929-NG |

## JOINT MOTION TO EXTEND TIME
## TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Appearing by their respective counsel, plaintiff Organogenesis, Inc. and defendant Cook Biotech Inc. ("CBI") jointly request that the time in which CBI may answer or otherwise respond to the Complaint in the above-captioned action be extended by thirty days from March 7, 2005 to and including April 6, 2005 in order that the parties may finalize a resolution of this matter. The parties have exchanged a draft settlement agreement and expect to reach an

agreement in the near future.

Respectfully submitted.

ORGANOGENESIS, INC.,                    COOK BIOTECH, INC.,

By its attorneys,                       By its attorneys,

s/ Claire Laporte                       s/ Seth B. Kosto
Claire Laporte, BBO# 554979             Geoffrey E. Hobart, BBO# 547499
Mitchell J. Matorin, BBO# 649304        Seth B. Kosto, BBO# 641044
FOLEY HOAG LLP                          HOLLAND & KNIGHT LLP
Seaport World Trade Center West         10 St. James Avenue
155 Seaport Boulevard                   Boston, Massachusetts  02116
Boston, Massachusetts  02210-2600       Tel:  617 523-2700
Tel:  617.832.1000                      Fax:  617 523-6850
Fax: 617.832.7000

                                        Bradley G. Lane
                                        Dominic P. Zanfardino
                                        BRINKS HOFER GILSON & LIONE
                                        455 N. Cityfront Plaza Drive
                                        NBC Tower - Suite 3600
                                        Chicago, IL  60611
                                        Tel:.: 312-321-4200
                                        Fax:  312-321-4299

Dated:  March 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the counsel for plaintiff, Claire Laporte and Mitchell J. Matorin, Esq., Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, Massachusetts  02210-2600 by U.S. mail on March 4, 2005.

                                        s/ Seth B. Kosto
                                        Seth B. Kosto

# 2665521_v1