UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ORGANOGENESIS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-11929-NG |
| COOK BIOTECH INC. | ) ) ) | |
| Defendant. | ) ) ) ) | |

**JOINT MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Appearing by their respective counsel, plaintiff Organogenesis, Inc. and defendant Cook Biotech Inc. ("CBI") jointly request that the time in which CBI may answer or otherwise respond to the Complaint in the above-captioned action be extended by thirty days from April 6, 2005 to and including May 6, 2005 in order that the parties may finalize a resolution of this matter. The parties have exchanged a draft settlement agreement and expect to reach an

agreement in the near future.

<div style="display:flex">
<div>

ORGANOGENESIS, INC.,

By its attorneys,

s/ Claire Laporte
Claire Laporte, BBO# 554979
Mitchell J. Matorin, BBO# 649304
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts  02210-2600
Tel:  617.832.1000
Fax: 617.832.7000

</div>
<div>

Respectfully submitted.

COOK BIOTECH, INC.,

By its attorneys,

s/ Seth B. Kosto
Geoffrey E. Hobart, BBO# 547499
Seth B. Kosto, BBO# 641044
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts  02116
Tel:  617 523-2700
Fax:  617 523-6850

Bradley G. Lane
Dominic P. Zanfardino
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plaza Drive
NBC Tower - Suite 3600
Chicago, IL  60611
Tel:.: 312-321-4200
Fax:  312-321-4299

</div>
</div>

Dated:   March 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the counsel for plaintiff, Claire Laporte and Mitchell J. Matorin, Esq., Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, Massachusetts  02210-2600 by U.S. mail on March 28, 2005.

s/ Seth B. Kosto
Seth B. Kosto

# 2673995_v1