UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ORGANOGENESIS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COOK BIOTECH INC. )<br>)<br>Defendant. ) | CIVIL ACTION NO. 04-11929-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Sarah A. Franklin of Holland & Knight LLP as counsel for defendant Cook Biotech Inc. ("CBI") in the above captioned matter.

Respectfully submitted.

COOK BIOTECH, INC.,

By its attorneys,

s/ Sarah A. Franklin
Seth B. Kosto, BBO# 641044
Sarah A. Franklin, BBO# 652771
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
Tel: 617 523-2700
Fax: 617 523-6850

Bradley G. Lane
Dominic P. Zanfardino
BRINKS HOFER GILSON & LIONE

                                  455 N. Cityfront Plaza Drive
                                  NBC Tower - Suite 3600
                                  Chicago, IL  60611
                                  Tel:.: 312-321-4200
                                  Fax:  312-321-4299

Dated:   September 16, 2005

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the counsel for plaintiff, Claire Laporte and Mitchell J. Matorin, Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, Massachusetts  02210-2600 by electronic mail on September 16, 2005.

                                  s/ Seth B. Kosto
                                  Seth B. Kosto

# 3196116_v1