UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ORGANOGENESIS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COOK BIOTECH INC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-11929-NG |

## MOTION TO WITHDRAW

The undersigned counsel hereby moves to withdraw his appearance for the defendant, Cook Biotech Inc.. As grounds for this motion, counsel states that he will be leaving Holland & Knight LLP on September 30, 2005. Sarah A. Franklin of Holland & Knight LLP will continue representation of Cook Biotech Inc.

Respectfully submitted.

s/ Seth B. Kosto
Seth B. Kosto, BBO# 641044
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
Tel: 617 523-2700
Fax: 617 523-6850

                                                  Bradley G. Lane
                                                  Dominic P. Zanfardino
                                                  BRINKS HOFER GILSON & LIONE
                                                  455 N. Cityfront Plaza Drive
                                                  NBC Tower - Suite 3600
                                                  Chicago, IL 60611
                                                  Tel:.: 312-321-4200
                                                  Fax: 312-321-4299

Dated: September 23, 2005

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the counsel for plaintiff, Claire Laporte and Mitchell J. Matorin, Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, Massachusetts 02210-2600 by U.S. mail on September 23, 2005.

                                                  <u>s/ Seth B. Kosto</u>
                                                 Seth B. Kosto

# 3238555_v1