UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORGANOGENESIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-11929-NG |
| ) | |
| COOK BIOTECH INC. ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Appearing by their respective counsel, plaintiff Organogenesis, Inc., and defendant Cook Biotech Inc. ("CBI") jointly request that the time in which CBI may answer or otherwise respond to the Complaint in the above-captioned action be extended from November 7, 2005 to and including, December 6, 2005 in order that the parties may finalize a resolution of this matter.

The parties have exchanged a draft settlement agreement and may reach an agreement in the near future.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ORGANOGENESIS, INC., | COOK BIOTECH, INC., |
| By its attorneys, | By its attorneys, |
| s/ Claire Laporte | s/ Sarah A. Franklin |
| Claire Laporte, BBO# 554979 | Sarah A. Franklin, BBO# 652771 |
| Mitchell J. Matorin, BBO# 649304 | HOLLAND & KNIGHT LLP |
| FOLEY HOAG LLP | 10 St. James Avenue |
| Seaport World Trade Center West | Boston, Massachusetts 02116 |
| 155 Seaport Boulevard | Tel: 617 523-2700 |
| Boston, Massachusetts 02210-2600 | Fax: 617 523-6850 |
| Tel: 617.832.1000 |  |
| Fax: 617.832.7000 | Bradley G. Lane |
|  | Dominic P. Zanfardino |
|  | BRINKS HOFER GILSON & LIONE |
|  | 455 N. Cityfront Plaza Drive |
|  | NBC Tower - Suite 3600 |
|  | Chicago, IL 60611 |
|  | Tel:.: 312-321-4200 |
|  | Fax: 312-321-4299 |

Dated: November 2, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the counsel for plaintiff, Claire Laporte and Mitchell J. Matorin, Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Boulevard, Boston, Massachusetts 02210-2600 by electronic mail on November 2, 2005.

s/ Sarah A. Franklin
Sarah A. Franklin

# 3260829_v1