UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORGANOGENESIS INC.,<br><br>         Plaintiff,<br><br>v.<br><br>COOK BIOTECH INCORPORATED,<br><br>         Defendant. | CIVIL ACTION No. 04-11929 NG |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record:

1.      All claims presented in this action shall be dismissed without prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2.      Each party shall bear its own costs and attorneys fees.

Executed this 23d day of January, 2006

| ORGANOGENESIS INCORPORATED | COOK BIOTECH, INCORPORATED |
|---|---|
| By its counsel, | By its counsel, |
| ORGANOGENESIS, INC., | COOK BIOTECH, INC., |
| By its attorneys, | By its attorneys, |
| /s/ Claire Laporte<br>Claire Laporte, BBO# 554979<br>Mitchell J. Matorin, BBO# 649304<br>FOLEY HOAG LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts  02210-2600<br>Tel:  617.832.1000<br>Fax: 617.832.7000<br>Dated: January 23, 2006 | s/ Sarah A. Franklin<br>Sarah A. Franklin, BBO# 652771<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, Massachusetts  02116<br>Tel:  617 523-2700<br>Fax:  617 523-6850<br><br><br><br>Dated:  January 23, 2006 |